Arley Woodty
PO Box 517
Second Mesa, Arizona 86043
928-429-9782

*FILED ___ LODGED*
*___ RECEIVED ___ COPY*
*APR 17 2017*
*CLERK U S DISTRICT COURT*
*DISTRICT OF ARIZONA*
*BY_____ DEPUTY*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arley Woodty,<br><br>                  Plaintiff,<br><br>v.<br><br>Hopi Health Care Center,<br><br><br><br>                  Defendant. | CASE NUMBER:<br><br>    CV-17-08072-PCT-JJT<br><br><br><br>**COMPLAINT** |

### Jurisdiction

This court has jurisdiction over this matter pursuant to §§ . The plaintiff is a resident of Second Mesa, Navajo County, Arizona and a citizen of the United States. The defendant, Hopi Health Care Center, is a resident of Polacca, Arizona and a citizen of the United States. The cause of action arose in the Prescott division.

### Complaint

1

Plaintiff, pro se, for his complaint against defendant alleges and declares under penalty of perjury that all of the foregoing are true and correct to the best of my knowledge and belief:

1. This court has jurisdiction because plaintiff is a Navajo Indian residing on the Hopi Indian Reservation, Navajo County, State of Arizona.

2. Defendant is a public health government entity operating on the Hopi Reservation, PO Box 4000 Polacca Arizona 86042, Navajo County, State of Arizona.

3. On March 7, 2015, plaintiff was seen and treated at the HHCC around 7:54 pm and prescribed Ativan. Upon belief, plaintiff was never warned of any adverse affects this drug might have when taken with his regular medications, that this facility was aware of. Several hours later on March 8 after taking Ativan with his regular medications, plaintiff, while driving, experienced a loss of mental and physical consciousness that caused him to lose control of his vehicle and crash. Plaintiff sustained life threatening injuries and contends that this accident would have been avoidable. If the defendant would have used reasonable care in diagnosing, prescribing, and warning him of potential effects..

## Demand

Wherefore, plaintiff requests this court to find defendant negligent of medical malpractice and product liability, and, plaintiff requests leave to proceed to amend this complaint when any further parties might be ascertained. . **Damages: $2, 000, 000, 000.** Plaintiff has suffered a great amount of humiliation, emotional, mental and physical distress, hardship, loss of income, support, comfort, and permanent disability, due to the direct negligence of the defendant.. The Plaintiff wants a trial by jury.

Dated: April 14, 2017

*Arly Woody*
Signature of Pro Se Plaintiff
Arley Woodty
PO Box 517
Second Mesa, Arizona 86043
928-429-9782

3