NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arley Woodty,<br><br>  Plaintiff,<br><br>v.<br><br>Hopi Health Care Center,<br><br>  Defendant. | No. CV-17-08072-PCT-JJT<br><br>**ORDER** |

Pursuant to this Court's order of May 4, 2017 (Doc. 6), Plaintiff was on notice he must serve Defendant with the Complaint no later than August 3, 2017, absent any extensions. Upon Motion of Plaintiff, the Court granted Plaintiff two such extensions for service (Docs. 9, 11). The second such extension expressly told Plaintiff that his deadline for serving Defendant was October 31, 2017. (Doc. 11) The Court warned Plaintiff that failure to timely serve Defendant with the Complaint would result in "terminat[ion of] any or all Defendants in this matter, without further notice." (Doc. 6 at 2). The twice-extended deadline for service has elapsed and Plaintiff has neither served Defendant with the Complaint nor provided proof of service. As it advised Plaintiff, the Court will now dismiss the Complaint for failure to serve and terminate this matter.

IT IS ORDERED dismissing this action without prejudice under Rule 4(m), Fed. R. Civ. P.

Dated this 8th day of November, 2017.

Honorable John J. Tuchi
United States District Judge